UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 16-cr-20781
Hon. Matthew F. Leitman

v.

JONATHAN TAFOYA-MONTANO

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT (ECF #13)

On November 14, 2017, Defendant Jonathan Tafoya-Montano filed a motion in which he requests that this Court recommend to the Bureau of Prisons that he be placed in a Residential Reentry Center or halfway house for the final ten months of his term of incarceration. (*See* ECF #13.) The Court has reviewed Tafoya-Montano's motion and the Government's response (*see* ECF #14), and it does not believe that such a recommendation is appropriate in this case. Accordingly, Tafoya-Montano's motion is **DENIED**.

    **IT IS SO ORDERED**.

                                 s/Matthew F. Leitman
                                 MATTHEW F. LEITMAN
                                 UNITED STATES DISTRICT JUDGE

Dated: November 27, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 27, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764