UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 16-cr-20781
                                               Hon. Matthew F. Leitman

v.

JONATHAN TAFOYA-MONTANO,

    Defendant.
_____/

## **ORDER DENYING DEFENDANT'S MOTION REQUESTING TRANSFER TO HOME CONFINEMENT FOR REMAINDER OF IMPOSED SENTENCE (ECF #16)**

On January 29, 2018, Defendant Jonathan Tafoya-Montano filed a motion in which he requests that this Court "order the immediate change of place for incarceration to Home Confinement, under the custody and supervision of the United States Probation, for the remainder of his sentence." (*See* Motion, ECF #16 at Pg. ID 159.)

**IT IS HEREBY ORDERED** that Defendant's motion requesting transfer to home confinement is **DENIED**. As an initial matter, the Court questions whether it has the authority to order that Defendant be transferred to home confinement. In any event, the Court is not persuaded that transferring Defendant to home confinement is warranted. The Court has reviewed medical information concerning Defendant's

1

condition and treatment, the Court is satisfied that Defendant is receiving adequate medical treatment during his confinement.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 14, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 14, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764