UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 16-cr-20781
                                               Hon. Matthew F. Leitman

v.

JOHNATHAN TAFOYA-MONTANO

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO ALLOW UNRESTRICTED TRAVEL (ECF #19)

On June 22, 2017, the Court sentenced Defendant Johnathan Tafoya-Montano to 15 months of incarceration followed by a two year term of supervised release. (*See* ECF #12.) Defendant's supervised release includes the condition that he "must not knowingly leave the federal judicial district where [Defendant is] authorized to reside without first getting permission from the court or the probation officer." (*See* at Pg. ID 132.)

On June 26, 2018, Defendant filed a motion to allow unrestricted travel within the United States of America while he is on supervised release. (*See* Mot., ECF #19.) Defendant states that he has family ties and a business venture that require travel to other states. (*See id.* at Pg. ID 178.) He also points out that he was not considered a flight risk during this case. (*See id.* at Pg. ID 179.)

1

The Government opposes the motion. The Government contends that Defendant's supervised release is likely to be transferred to another district and that the judicial officers in that district would be better positioned to determine whether Defendant should be permitted to travel without restrictions. (*See* ECF #20 at Pg. ID 184.)

The Court agrees with the Government. Accordingly, Defendant's motion to allow unrestricted travel is **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion once his supervised release is transferred to the district in which he resides.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 19, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764